# United States Court of Appeals
## For the First Circuit

No. 08-9007

IN RE GLEN H. RUDLER,

Debtor.

PHOEBE MORSE, United States Trustee,

Appellant,

v.

GLEN H. RUDLER,

Appellee.

**ERRATA**

The opinion of this Court issued on August 5, 2009, is amended as follows:

On page 3, delete footnote 1.

On page 15, line 18, change "note 6" to "note 5."

On page 19, line 11, change "note 6" to "note 5."